No. 699. DALY *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Santa Clara. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and judgment reversed. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanley Fleishman* and *Sam Rosenwein* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Arlo E. Smith,* Chief Assistant Attorney General, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Michael J. Phelan,* Deputy Attorney General, for respondent.

924. LEWES DAIRY, INC., ET AL. *v.* HARDIN, SECRETARY OF AGRICULTURE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *James M. Tunnell, Jr.,* and *Andrew B. Kirkpatrick, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *Robert E. Kopp* for respondent.

No. 1021. SCHONBRUN *v.* COMMANDING OFFICER, ARMED FORCES, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Julius B. Kuriansky* and *Emanuel Margolis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *Ralph A. Fine* for respondents.

No. 1010. HAMPTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Albert A. Goldfarb* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.